IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE FEDERAL INSURANCE CO., ) <br> as Subrogee of The Colonial Bank, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEAN CONSTRUCTION CO., and ) <br> KEN DEAN and JEFF DEAN, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:04cv905-A <br> WO |

**ORDER**

Now pending before the court is the April 27, 2005, motion to compel non-party Colonial Bank to respond to the defendants' subpoena (doc. # 15) filed by the defendants. On May 31, 2005, non-party Colonial Bank filed a response to the motion to compel in which it asserts it is making a good faith effort to locate and produce the requested documents. Colonial Bank does not object to the substance of the subpoena. Consequently, upon consideration of the motion and for good cause, it is

ORDERED that the motion to compel be and is hereby GRANTED. Non-party Colonial Bank shall have twenty-one days from the date of this order to comply with the defendants' subpoena.

Done this 7th day of June, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE