IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE FEDERAL INSURANCE COMPANY, | ) | |
| as Subrogee of The Colonial Bank, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:04cv905-WHA |
| | ) | [WO] |
| DEAN CONSTRUCTION COMPANY, | ) | |
| KEN DEAN and JEFF DEAN, a partnership, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND JUDGMENT**

On the 27th day of April, 2006, after this cause had been presented to a jury, a verdict was returned as follows:

"1. Do you find that the Defendants were negligent in this case and that such negligence proximately caused the Plaintiff's damages?
    _____ Yes      __X__ No

2. Do you find that the Defendants breached any express warranties in installing the roof and that such breach proximately caused the Plaintiff's damages?
    __X__ Yes      _____ No

IF YOU ANSWERED "YES" TO EITHER OF THE ABOVE QUESTIONS, THEN CONTINUE TO QUESTION 3. OTHERWISE, YOUR WORK IS COMPLETED AND YOU MUST SKIP QUESTION 3 AND SIGN THIS VERDICT FORM.

3. What amount of damages do you award the Plaintiff? $ 90,000.00

This 27th day of April, 2006.

                                              /s/ Nicole Robinson
                                              Foreperson"

It is, therefore, the ORDER, JUDGMENT and DECREE of the court that judgment be and it is hereby entered in favor of the Plaintiff, The Federal Insurance Company, as Subrogee of

The Colonial Bank, and against the Defendants, Dean Construction Company, Ken Dean and Jeff Dean, a partnership, in the amount of $90,000, with interest thereon at the rate of 12% per annum as provided by law.  Costs are taxed against the Defendants.

    DONE this 30th day of May 2006.

                              /s/ W. Harold Albritton  
                              W. HAROLD ALBRITTON  
                              SENIOR UNITED STATES DISTRICT JUDGE